

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Robert Baron

                        **Plaintiff,**

               V.

Staff Benefits Management Inc.; Frank Crivello ; Antoinette Bryant ; Matt Dobry ; Does 1-20

                        **Defendant.**

Civil Action No.  22-cv-00691-LL-DDL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's Complaint [ECF No. 9] is DISMISSED WITH PREJUDICE. Case Is Closed.

Date:  11/28/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ D.Frank

                                             D.Frank, Deputy