**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** **SOUTHERN DISTRICT OF CALIFORNIA**

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 22cv691-LL-DDL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 5/16/22

Date of judgment or order you are appealing: 6/27/24, 11/28/23, 2/27/23, 10/11/22

Docket entry number of judgment or order you are appealing: 25, 19, 8, 6

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

ROBERT BARON

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

13465 CAMINO CANADA 106-167

City: EL CAJON State: CA Zip Code: 92021

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Robert Baron **Date** 7/9/24

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

# Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

ROBERT BARON

Name(s) of counsel (if any):

Address: 13465 CAMINO CANADA 106-167, EL CAJON CA 92021

Telephone number(s): 619-966-5377

Email(s): RBDataDev@Gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

STAFF BENEFITS MANAGEMENT INC.;
FRANK CRIVELLO; ANTOINETTE BRYANT; MATT DOBRY

Name(s) of counsel (if any):

CATHERINE HAZANY

Address: 19191 S. VERMONT AVE, STE 950, TORRANCE CA 90502

Telephone number(s): 310-965-2073

Email(s): Catherine.Hazany@ogletree.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

**Appellees**

Name(s) of party/parties:

DOES 1-20

Name(s) of counsel (if any):

SAME AS ABOVE

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*