UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT J. BARON,

Plaintiff - Appellant,

v.

STAFF BENEFITS MANAGEMENT, INC.; et al.,

Defendants - Appellees.

No. 24-4233

D.C. No.
3:22-cv-00691-LL-DDL
Southern District of California,
San Diego

ORDER

Before: SCHROEDER and HURWITZ, Circuit Judges.

The court, in its discretion, denies the motion for appointment of pro bono counsel (Docket Entry No. 3).

The opening brief is due October 7, 2024. The answering brief is due November 6, 2024. The optional reply brief is due within 21 days after service of the answering brief.

Because appellant is proceeding without counsel, appellant is not required to file excerpts of record. *See* 9th Cir. R. 30-1.3. If appellant does not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief." *Id.*