UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARON,<br>Plaintiff,<br><br>v.<br><br>STAFF BENEFITS MANAGEMENT, INC., et al,<br>Defendants. | Case No.: 22cv-691-LL-DDL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**[ECF No. 61]** |

Good cause appearing, the parties' Joint Motion to Dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is **GRANTED**. ECF No. 61. The Clerk of Court is **ORDERED** to close this case.

**IT IS SO ORDERED.**

Dated: July 7, 2026

Honorable Linda Lopez
United States District Judge